UNITED STATES OF AMERICA,
Plaintiff—Appellee,

v.

Ramon Angel MIRANDA–GAMEZ,
Defendant—Appellant.

No. 02–10303, 02–10304.
D.C. No. CR–00–01688–DCB,
CR–02–00107–DCB.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Ramon Angel Miranda–Gamez appeals his conviction by guilty plea, the revocation of his supervised release, and the imposition of a 23–month sentence, following his illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Miranda–Gamez's counsel has submitted a brief stating that there are no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Our review of counsel's brief and our independent review of the record under

*Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

